RECEIVED
JUL 29 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TYVON TURNER | CIVIL ACTION NO. 1:17-CV-00922-P |
| VERSUS | JUDGE DEE D. DRELL |
| WARDEN DEVILLE, ET AL. | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 21), noting the absence of objections thereto, and concurring in part with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Deville's motion for summary judgment is **GRANTED**. Turner's §1983 claims against Deville are **DISMISSED WITH PREJUDICE** and Turner's state law negligence claims against Deville are **DISMISSED WITHOUT PREJUDICE**.

In so ruling, we note the Magistrate Judge recommended dismissal of all state claims. Doing so as to Defendant Tolar would be improper at this time because summary judgment was only sought on behalf of Warden Deville.

SIGNED this 29TH day of July 2019, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE